UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:25-cr-00028 |
| | : | Judge Walter H. Rice |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| **v.** | : | 18 U.S.C. § 922(g)(1) |
| | : | FORFEITURE |
| **TEION STANTON,** | : | |
| | : | |
| **Defendant.** | : | |

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about March 22, 2025, in the Southern District of Ohio, defendant **TEION STANTON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Indictment, defendant **TEION STANTON** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition, involved in or used in such violations(s), including but not limited to:

- Ruger handgun, serial number serial number 320-74283, with various rounds of ammunition

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- cannot be located upon the exercise of due diligence;
- has been transferred or sold to, or deposited with, a third party;
- has been placed beyond the jurisdiction of the court;
- has been substantially diminished in value; or
- has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant, up to the value of the forfeitable property.

                                        A TRUE BILL

                                        _____
                                        Foreperson

KELLY A. NORRIS
Acting United States Attorney

_____
BRENT G. TABACCHI
Assistant United States Attorney