UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:25-cr-28 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| TEION STANTON, | : |
| Defendant. | : |

## DETENTION ORDER

This case came before the Court on March 31, 2025 for a detention hearing. Attorney Brent Tabacchi participated on behalf of the Government. Defendant was present at the hearing and was represented by Attorney Thomas W. Anderson. The hearing was held on the Government's motion for pretrial detention (Doc. #4), *i.e.*, for a determination of whether any condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the Defendant and the safety of the community. At the hearing, Defendant waived his right to a detention hearing under 18 U.S.C. § 3142(f) and agreed to be detained in the custody of the United States Marshal pending final resolution of this matter.[1]

The Government's motion for pretrial detention (Doc. #4), therefore, is **GRANTED.**

Accordingly, it is hereby **ORDERED** that:

1. The Defendant be committed to the custody of the Attorney General of the United States for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

---

[1] A detention hearing will be rescheduled upon written motion.

2. The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On Order of a Court of the United States, or upon request of an attorney for the United States, the person in charge of the facility in which the Defendant is confined deliver the Defendant to a United States Marshal or his deputy for the purpose of an appearance in connection with a court proceeding.

Defendants who appeal to a United States District Judge from this Order must, at the same time as filing the appeal, order a transcript of the detention hearing.

**IT IS SO ORDERED.**

March 31, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge